# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133357

_____

IN RE HANNAH HARTSOE, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
　　　　Petitioner-Appellee,

v

LEEANNE EVELYN PATTON,
　　　　Respondent-Appellant.

and

JOSEPH BUSH HARTSOE, JR.,
　　　　Respondent.

_____/

SC: 133357
COA: 272232
Oakland CC
Family Division: 05-702503-NA

　　　　On order of the Court, the application for leave to appeal the February 8, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2007

Clerk

s0320